

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-19-00275-CV

**IN THE INTEREST OF E.J.C, JR., S.R.C., E.D.C., CHILDREN**,
Appellant

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00862
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due to be filed on July 8, 2019. By order dated July 11, 2019, this court granted appellant's first motion requesting an extension of time to file the brief, extending the deadline to file the brief to July 25, 2019. Our order stated, "Given the time constraints governing the disposition of this appeal, **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED**."

On July 25, 2019, appellant filed a second motion requesting a ten-day extension of time to file the brief. The motion is GRANTED. Appellant's brief must be filed no later than August 5, 2019. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court